# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT
_____

MIGUEL ANGEL BONILLA-RIVERA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1971
_____

December 27, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Miguel Angel Bonilla-Rivera, pro se.


PER CURIAM.

    Affirmed.

VILLANTI, LaROSE, and ROTHSTEIN-YOUAKIM, JJ., Concur.
_____

Opinion subject to revision prior to official publication.